**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INDICTMENT NO.**   CR 6:24-008 |
| | ) |
| v. | ) **18 U.S.C. § 2251(a)** |
| | ) **Production of Child Pornography** |
| **WALTER JOEY DREW** | ) |
| | ) **18 U.S.C. § 2251(a) and (e)** |
| | ) **Attempted Production of Child** |
| | ) **Pornography** |
| | ) |
| | ) **18 U.S.C. § 2252A(a)(5)(B)** |
| | ) **Possession of Child Pornography** |
| | ) |
| | ) **18 U.S.C. § 2252A(a)(2)** |
| | ) **Receipt of Child Pornography** |
| | ) |
| | ) **18 U.S.C. § 2422(b)** |
| | ) **Attempted Coercion and Enticement** |
| | ) **of a Minor to Engage in Sexual** |
| | ) **Activity** |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Production of Child Pornography*
18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury but on or about February 1, 2022, through and until at least June 27, 2023, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 1, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had

been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
### *Attempted Production of Child Pornography*
18 U.S.C. § 2251(a) and (e)

Beginning on or about February 1, 2022, through and until at least February 19, 2022, in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly attempt to employ, use, persuade, induce, entice, or coerce Minor Victim 1, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about February 1, 2021, through and until at least June 27, 2023, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 1, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**COUNT FOUR**
*Production of Child Pornography*
18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury but on or about August 23, 2021, and continuing through and until at least September 3, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 2, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about August 23, 2021, and continuing through and until at least September 3, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 2, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SIX
*Production of Child Pornography*
18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury and continuing through at least March 30, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 3, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SEVEN
### *Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about March 30, 2021, and continuing through an unknown date in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 3, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **COUNT EIGHT**
### *Production of Child Pornography*
### 18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury but at least on or about September 6, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

### **WALTER JOEY DREW,**

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 4, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT NINE
*Receipt of Child Pornography*
18 U.S.C. § 2252A(a)(2)

Beginning at a time unknown to the Grand Jury but at least on or about January 1, 2021, and continuing through at least October 31, 2021, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly receive child pornography or any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 4, a person under 18 years old, engaged in sexually explicit conduct, that was shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or that was shipped or transported using any means or facility of interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TEN
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about September 6, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 4, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT ELEVEN
*Production of Child Pornography*
18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury but at least on or about August 14, 2021, and continuing until at least August 31, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 5, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWELEVE
*Attempted Production of Child Pornography*
18 U.S.C. § 2251(a) and (e)

Beginning at a time unknown to the Grand Jury but at least on or about February 19, 2022, in Toombs County, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW,**

did knowingly attempt to employ, use, persuade, induce, entice, or coerce Minor Victim 5, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THIRTEEN
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about August 14, 2021, and continuing until at least February 19, 2022, in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 5, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOURTEEN
*Attempted Production of Child Pornography*
18 U.S.C. § 2251(a) and (e)

Beginning at a time unknown to the Grand Jury but at least on or about December 21, 2021, in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly attempt to employ, use, persuade, induce, entice, or coerce Minor Victim 6, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIFTEEN
### *Production of Child Pornography*
18 U.S.C. § 2251(a)

Beginning at a time unknown to the Grand Jury but at least on or about February 15, 2022, in Toombs County, within the Southern District of Georgia, the Defendant,

## WALTER JOEY DREW,

did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 7, an individual that the Defendant believed to be a minor, any person under 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SIXTEEN
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about February 15, 2022, in Toombs County, within the Southern District of Georgia, the Defendant,

### WALTER JOEY DREW,

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, a visual depiction of Minor Victim 7, a person under 18 years old, engaged in sexually explicit conduct, and that visual depiction was mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that visual depiction was produced using materials that had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SEVENTEEN
*Attempted Coercion and Enticement of a*
*Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Beginning on or about August 19, 2022, through and until June 30, 2023, in Evans County and elsewhere, within the Southern District of Georgia, the Defendant,

**WALTER JOEY DREW**,

did knowingly attempt to use a facility or means of interstate commerce, that is, the internet, to knowingly persuade, induce, entice or coerce Minor Victim 8, a minor whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, 18 U.S.C. § 2251(a) and (e) for conduct related to the attempted production of child pornography.

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURE ALLEGATION

The allegations contained in Counts One through Seventeen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253 and 2428, and Title 28, United States Code, Section 2461.

Upon a conviction of one or more of Counts One through Seventeen of this Indictment charging a violation of Title 18, United States Code, Sections 2251, 2252A, and 2422 the Defendant,

### WALTER JOEY DREW,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto, including, but not limited to an Apple iPhone 12 S/N F17G70GV0D81; and shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2428(a) and (b)(1), and Title 28, United States Code, Section 2461, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation or any property traceable thereto; and any property, real or personal, constituting or derived from any proceeds

19

that such person obtained, directly or indirectly, as a result of such violation or any property traceable thereto.

If any of the property described above, as a result of any act or commission of the Defendant:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Jason W. Blanchard
Assistant United States Attorney
*Lead Counsel