IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 624-008 |
| | ) | |
| WALTER JOEY DREW | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 30.) Therefore, a motions hearing is not necessary, and the pending motion referred to the undersigned is **MOOT**. (Doc. no. 18.)

The parties also request an additional thirty additional days for plea negotiations. (Doc. no. 30, p. 2.) The Court finds, as a matter of fact and law, the time the parties requested for plea negotiations is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), the period of time—February 3, 2025, through and including March 5, 2025—is excluded in computing the time within which trial of this matter may commence.

SO ORDERED this 3rd day of February, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA