UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR624-008 |
| | ) | |
| WALTER JOEY DREW | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Tina E. Maddox** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tina E. Maddox be granted leave of absence for the following periods: March 20, 2025 through March 21, 2025.

**ORDERED**, this the 10th day of February, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA